# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-05-00047-CR
### NO. 03-05-00048-CR

---

**Raymond Walton, Appellant**

**v.**

**The State of Texas, Appellee**

---

### FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
### NOS. 55354 & 55355, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

In these causes, appellant Raymond Walton pleaded guilty to engaging in organized criminal activity for the purpose of committing burglary of a habitation and arson. *See* Tex. Pen. Code Ann. § 71.02 (West Supp. 2004-05). The trial court imposed prison sentences of thirty and forty years.

Appellant's court-appointed attorney filed briefs concluding that the appeals are frivolous and without merit. The briefs meet the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the records demonstrating why there are no arguable grounds to be advanced. *See also Penson v. Ohio*, 488 U.S. 75 (1988); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex. Crim. App. 1974); *Jackson v. State*, 485 S.W.2d 553 (Tex. Crim. App. 1972); *Gainous v. State*, 436 S.W.2d 137 (Tex.

Crim. App. 1969).  Appellant received a copy of counsel's briefs and was advised of his right to examine the appellate records and to file a pro se brief.  No pro se brief has been filed.

We have reviewed the records and counsel's briefs and agree that the appeals are frivolous and without merit.  We find nothing in the records that might arguably support the appeals. Counsel's motions to withdraw are granted.

The judgments of conviction are affirmed.

 

_____

Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Affirmed

Filed:   July 12, 2005

Do Not Publish